# invoice

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ▮▮▮▮▮

client contact
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

invoice number
**0180492**

date
**November 9, 2021**

project number
**REFTU0001**

project name
**REFTU0001_Biscayne**
PO for Tasks 1,2,3 - 17502

PO for Tasks 4,5,6 - TBD
Professional services from October 4, 2021 to October 31, 2021

| | amount due | $5,442.94 |
|---|---|---|

## P.O.# 27061

| Phase | Offering Amount | Percent Invoiced | Previously Invoiced | Current Fee |
|---|---|---|---|---|
| MTCI Consultant | $77,756.25 | 7  % | $0.00 | $5,442.94 |
| | | Current Fee | | $5,442.94 |
| | | *Total this P.O.# 27061* | | *$5,442.94* |

**net due upon receipt**          **amount due**          **$5,442.94**

EXHIBIT B

# invoice



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ▮▮▮▮▮▮

**client contact**
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

**invoice number**
**0180493**

**date**
**November 9, 2021**

**project number**
**REFTU0001**

**project name**
**REFTU0001_Biscayne**
PO for Tasks 1,2,3 - 17502

PO for Tasks 4,5,6 - TBD
Professional services from October 4, 2021 to October 31, 2021

| | amount due | $43,295.00 |
|---|---|---|

## P.O.# 26904

| Phase | Offering Amount | Percent Invoiced | Previously Invoiced | Current Fee |
|---|---|---|---|---|
| Site Plan Update | $43,295.00 | 100  % | $0.00 | $43,295.00 |
| | | Current Fee | | $43,295.00 |
| | | *Total this P.O.# 26904* | | *$43,295.00* |

**net due upon receipt**          **amount due**     **$43,295.00**

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ▮▮▮▮

# invoice

client contact
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

invoice number
**0180494**

date
**November 9, 2021**

project number
**REFTU0001**

project name
**REFTU0001_Biscayne**
PO for Tasks 1,2,3 - 17502

PO for Tasks 4,5,6 - TBD
Professional services from October 4, 2021 to October 31, 2021

| | amount due | $9,950.00 |
|---|---|---|

## P.O.# 25584

| Phase | Offering Amount | Percent Invoiced | Previously Invoiced | Current Fee |
|---|---|---|---|---|
| Geotech Report | $9,950.00 | 100  % | $0.00 | $9,950.00 |
| | | Current Fee | | $9,950.00 |
| | | *Total this P.O.# 25584* | | *$9,950.00* |

**net due upon receipt**               **amount due**        **$9,950.00**

# invoice

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ███████

client contact
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

invoice number
**0180718**

date
**November 30, 2021**

project number
**REFTU0001**

project name

**REFTU0001_Biscayne**

PO for Tasks 1,2,3 - 17502

PO for Tasks 4,5,6 - TBD

Professional services from November 1, 2021 to November 28, 2021

| amount due | $8,245.00 |
|---|---|

## P.O.# 28003

TUP Approval

**Professional Personnel**

| | Hours | Rate | |
|---|---|---|---|
| Sr Director | 1.00 | 250.00 | 250.00 |
| Project Manager | 7.00 | 185.00 | 1,295.00 |
| Totals | 8.00 | | 1,545.00 |
| **Total Labor** | | | **1,545.00** |

MEP

**Professional Personnel**

| | Hours | | |
|---|---|---|---|
| Architectural Designer | 1.00 | | 120.00 |
| Designer | 25.50 | | 3,060.00 |
| Director | 16.00 | | 3,520.00 |
| Totals | 42.50 | | 6,700.00 |

EXHIBIT B

Project:   REFTU0001          REFTU0001_Biscayne                    Invoice No: 0190718

| | |
|---|---|
| **Total Labor** | **6,700.00** |

*Total this P.O.# 28003*     ***$8,245.00***

**net due upon receipt**          **amount due**     **$8,245.00**

# invoice

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ████████

**client contact**
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

**invoice number**
**0181076**

date
**December 15, 2021**

project number
**REFTU0001**

project name

**REFTU0001_Biscayne**

PO for Tasks 1,2,3 - 17502

PO for Tasks 4,5,6 - TBD
REEF Parks

Professional services from November 29, 2021 to January 2, 2022

| | amount due | $17,835.50 |
|---|---|---|

## P.O.# 28003

MEP

**Professional Personnel**

| | Hours | |
|---|---|---|
| Project Manager | 20.25 | 3,746.25 |
| Sr Architecture | 5.00 | 925.00 |
| Lead Project Engineer | 8.45 | 1,394.25 |
| Director | 53.50 | 11,770.00 |
| Totals | 87.20 | 17,835.50 |
| **Total Labor** | | **17,835.50** |
| | *Total this P.O.# 28003* | *$17,835.50* |

**net due upon receipt**        **amount due**   **$17,835.50**

# invoice

EXHIBIT B



**remit payment**

| | |
|---|---|
| **client contact** | **invoice number** |
| **REEF** | **0181605** |
| **233 Peachtree St. NE Ste. 2600** | |
| **Citizens Parking CPI-** | **date** |
| **Atlanta  GA  30303** | **February 3, 2022** |
| **Attn: REEF Marketing** | |

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ▬▬▬▬

**invoice number**
**0181605**

**date**
**February 3, 2022**

**project number**
**REFTU0001**

**project name**

**REFTU0001_Biscayne**

PO for Tasks 1,2,3 - 17502

PO for Tasks 4,5,6 - TBD
REEF Parks

Professional services from January 3, 2022 to January 30, 2022

| | |
|---|---|
| **amount due** | **$24,882.00** |

## P.O.# 27061

| Phase | Offering Amount | Percent Invoiced | Previously Invoiced | Current Fee |
|---|---|---|---|---|
| MTCI Consultant | $77,756.25 | 39 % | $5,442.94 | $24,882.00 |
| | | Current Fee | | $24,882.00 |
| | | *Total this P.O.# 27061* | | *$24,882.00* |

**net due upon receipt**          **amount due**  **$24,882.00**

# invoice

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ▮▮▮▮▮

**client contact**
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

**invoice number**
**0182007**

**date**
**February 22, 2022**

**project number**
**REFTU0001**

**project name**
**REFTU0001_Biscayne**
PO for Tasks 1,2,3 - 17502

PO for Tasks 4,5,6 - TBD
REEF Parks

Professional services from January 3, 2022 to February 27, 2022

| | amount due | $16,328.81 |
|---|---|---|

## P.O.# 27061

| Phase | Offering Amount | Percent Invoiced | Previously Invoiced | Current Fee |
|---|---|---|---|---|
| MTCI Consultant | $77,756.25 | 60 % | $30,324.94 | $16,328.81 |
| | | | Current Fee | $16,328.81 |
| | | | *Total this P.O.# 27061* | *$16,328.81* |

**net due upon receipt**          **amount due**   **$16,328.81**

EXHIBIT B



**remit payment**



# invoice

client contact
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

invoice number
**0182405**

date
**April 7, 2022**

project number
**REFTU0001**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ▮▮▮▮▮▮

project name

**REFTU0001_Biscayne**

PO for Tasks 1,2,3 - 17502

PO for Tasks 4,5,6 - TBD
REEF Parks
Professional services from February 28, 2022 to April 3, 2022

| | amount due | $5,995.00 |
|---|---|---|

## P.O.# 28003

MEP

**Professional Personnel**

| | Hours | |
|---|---|---|
| Lead Project Engineer | 1.00 | 165.00 |
| Director | 26.50 | 5,830.00 |
| Totals | 27.50 | 5,995.00 |
| **Total Labor** | | **5,995.00** |
| | *Total this P.O.# 28003* | *$5,995.00* |

**net due upon receipt**          **amount due**     **$5,995.00**

# invoice

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ▊▊▊▊▊

client contact
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

invoice number
**0182996**

date
**May 12, 2022**

project number
**REFTU0001**

project name
**REFTU0001_Biscayne**

Professional services from April 4, 2022 to May 1, 2022

| amount due | **$39,543.25** |
|---|---|

| Phase | Offering Amount | Percent Invoiced | Previously Invoiced | Current Fee |
|---|---|---|---|---|
| Site Visit - Vessel Turnover Inspection | $1,800.00 | 100 % | $0.00 | $1,800.00 |
| | | **Current Fee** | | **$1,800.00** |

MEP

**Professional Personnel**

| | Hours | | |
|---|---|---|---|
| Sr Director | 0.50 | | 125.00 |
| Project Manager | 39.00 | | 7,215.00 |
| Lead Project Engineer | 32.05 | | 5,288.25 |
| Designer | 8.00 | | 960.00 |
| Director | 29.00 | | 6,380.00 |
| Totals | 108.55 | | 19,968.25 |
| **Total Labor** | | | **19,968.25** |

Updated Design

**Professional Personnel**

EXHIBIT B

Project:   REFTU0001          REFTU0001_Biscayne                          Invoice No: 0082996

|  | Hours | Rate |  |
|---|---|---|---|
| Sr Architecture | 13.00 | 185.00 | 2,405.00 |
| Architectural Designer | 32.00 | 120.00 | 3,840.00 |
| Designer | 31.00 | 120.00 | 3,720.00 |
| Director | 35.50 | 220.00 | 7,810.00 |
| Totals | 111.50 |  | 17,775.00 |
| **Total Labor** |  |  | **17,775.00** |

**net due upon receipt**                    **amount due**   **$39,543.25**

# invoice

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ████████

client contact
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

invoice number
**0180720**

date
**November 30, 2021**

project number
**REFTU0005**

project name

**REFTU0005_Mini-Park Sites**

Professional services from November 1, 2021 to November 28, 2021

| | amount due | $2,640.00 |
|---|---|---|

## P.O.# 28003

SFO - 02

**Professional Personnel**

| | Hours | |
|---|---|---|
| Architectural Designer | 8.50 | 1,020.00 |
| Totals | 8.50 | 1,020.00 |
| **Total Labor** | | **1,020.00** |

SEA - 02

**Professional Personnel**

| | Hours | |
|---|---|---|
| Architectural Designer | 8.50 | 1,020.00 |
| Totals | 8.50 | 1,020.00 |
| **Total Labor** | | **1,020.00** |

SEA - 03

**Professional Personnel**

| | Hours |
|---|---|

EXHIBIT B

Project:   REFTU0005              REFTU0005_Mini-Park Sites                    Invoice No: 0190720

| | | |
|---|---|---|
| Architectural Designer | 5.00 | 600.00 |
| Totals | 5.00 | 600.00 |

**Total Labor**                                                                    **600.00**

*Total this P.O.# 28003*        *$2,640.00*

**net due upon receipt**              **amount due**        **$2,640.00**

EXHIBIT B



# invoice

**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ▮▮▮▮▮

client contact
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

invoice number
**0181077**

date
**December 15, 2021**

project number
**REFTU0005**

project name
**REFTU0005_Mini-Park Sites**
Professional services from November 29, 2021 to January 2, 2022

| | amount due | $2,160.00 |
|---|---|---|

SEA - 07

**Professional Personnel**

| | Hours | |
|---|---|---|
| Architectural Designer | 8.50 | 1,020.00 |
| Totals | 8.50 | 1,020.00 |
| **Total Labor** | | **1,020.00** |

SEA - 14

**Professional Personnel**

| | Hours | |
|---|---|---|
| Architectural Designer | 9.50 | 1,140.00 |
| Totals | 9.50 | 1,140.00 |
| **Total Labor** | | **1,140.00** |

**net due upon receipt**     **amount due**     **$2,160.00**

# invoice

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ███████

client contact
**REEF**
**233 Peachtree St. NE Ste. 2600**
**Citizens Parking CPI-**
**Atlanta  GA  30303**
**Attn: REEF Marketing**

invoice number
**0182004**

date
**February 22, 2022**

project number
**REFTU0005**

project name
**REFTU0005_Mini-Park Sites**
Professional services from January 3, 2022 to February 27, 2022

| | amount due | **$15,280.00** |
|---|---|---|

## P.O.# 13676

AUS - 14

**Professional Personnel**

| | Hours | |
|---|---|---|
| Sr Director | 1.00 | 250.00 |
| Architectural Designer | 7.50 | 900.00 |
| Director | 0.50 | 110.00 |
| Totals | 9.00 | 1,260.00 |
| **Total Labor** | | **1,260.00** |

AUS - 18

**Professional Personnel**

| | Hours | |
|---|---|---|
| Sr Director | 1.00 | 250.00 |
| Architectural Designer | 7.50 | 900.00 |
| Director | 0.50 | 110.00 |
| Totals | 9.00 | 1,260.00 |
| **Total Labor** | | **1,260.00** |

EXHIBIT B

Project:  REFTU0005          REFTU0005_Mini-Park Sites          Invoice No: 01/32004

## LAX - 02

**Professional Personnel**

|  | Hours |  |
|---|---|---|
| Architectural Designer | 9.50 | 1,140.00 |
| Director | 0.50 | 110.00 |
| Totals | 10.00 | 1,250.00 |

**Total Labor**     **1,250.00**

## LAX - 14

**Professional Personnel**

|  | Hours |  |
|---|---|---|
| Project Manager | 1.00 | 185.00 |
| Architectural Designer | 8.00 | 960.00 |
| Director | 0.50 | 110.00 |
| Totals | 9.50 | 1,255.00 |

**Total Labor**     **1,255.00**

## MIA - 17

**Professional Personnel**

|  | Hours |  |
|---|---|---|
| Architectural Designer | 10.00 | 1,200.00 |
| Totals | 10.00 | 1,200.00 |

**Total Labor**     **1,200.00**

## MIA - 28

**Professional Personnel**

|  | Hours |  |
|---|---|---|
| Architectural Designer | 10.00 | 1,200.00 |
| Totals | 10.00 | 1,200.00 |

**Total Labor**     **1,200.00**

## PHI - 01

**Professional Personnel**

|  | Hours |  |
|---|---|---|
| Project Manager | 1.00 | 185.00 |
| Architectural Designer | 8.50 | 1,020.00 |
| Totals | 9.50 | 1,205.00 |

**Total Labor**     **1,205.00**

## PHI - 04

EXHIBIT B

Project:  REFTU0005          REFTU0005_Mini-Park Sites          Invoice No: 0182004

**Professional Personnel**

|  | Hours |  |
|---|---|---|
| Architectural Designer | 9.50 | 1,140.00 |
| Director | 1.25 | 275.00 |
| Totals | 10.75 | 1,415.00 |

**Total Labor**                                                    **1,415.00**

PHI - 05

**Professional Personnel**

|  | Hours |  |
|---|---|---|
| Project Manager | 1.00 | 185.00 |
| Architectural Designer | 9.50 | 1,140.00 |
| Totals | 10.50 | 1,325.00 |

**Total Labor**                                                    **1,325.00**

POR - 01

**Professional Personnel**

|  | Hours |  |
|---|---|---|
| Architectural Designer | 10.50 | 1,260.00 |
| Totals | 10.50 | 1,260.00 |

**Total Labor**                                                    **1,260.00**

POR - 04

**Professional Personnel**

|  | Hours |  |
|---|---|---|
| Project Manager | 2.00 | 370.00 |
| Architectural Designer | 8.00 | 960.00 |
| Totals | 10.00 | 1,330.00 |

**Total Labor**                                                    **1,330.00**

POR - 09

**Professional Personnel**

|  | Hours |  |
|---|---|---|
| Architectural Designer | 11.00 | 1,320.00 |
| Totals | 11.00 | 1,320.00 |

**Total Labor**                                                    **1,320.00**

*Total this P.O.# 13676*          ***$15,280.00***

**net due upon receipt**          **amount due**  **$15,280.00**

EXHIBIT B

# invoice



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ████████

client contact
**Reef**
**601 Brickell Key Dr #1000**
**Miami  FL  33131**

**Attn: Bill Sleeth**

invoice number
**0180721**

date
**November 30, 2021**

project number
**REFTU0013**

project name
**REFTU0013_1789 Biscayne - Renderings**
Professional services from November 1, 2021 to November 28, 2021

| | amount due | $2,460.00 |
|---|---|---|

## P.O.# 28003

Rendering Services

**Professional Personnel**

| | | Hours | Rate | |
|---|---|---|---|---|
| Designer | | 4.00 | 120.00 | 480.00 |
| Director | | 9.00 | 220.00 | 1,980.00 |
| | Totals | 13.00 | | 2,460.00 |
| **Total Labor** | | | | **2,460.00** |
| | | | *Total this P.O.# 28003* | *$2,460.00* |

**net due upon receipt**          **amount due**     **$2,460.00**

EXHIBIT B

# invoice



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ███████

client contact
**Reef**
**601 Brickell Key Dr #1000**
**Miami  FL  33131**

**Attn: Bill Sleeth**

invoice number
**0180722**

date
**November 30, 2021**

project number
**REFTU0014**

project name

**REFTU0014_Biscayne - Graphic Design**
Professional services from November 1, 2021 to November 28, 2021

| | amount due | **$4,290.00** |
|---|---|---|

**P.O.# 28003**

Graphic Design

**Professional Personnel**

| | Hours | Rate | |
|---|---|---|---|
| Lead Project Engineer | 22.00 | 165.00 | 3,630.00 |
| Director | 3.00 | 220.00 | 660.00 |
| Totals | 25.00 | | 4,290.00 |
| **Total Labor** | | | **4,290.00** |
| | | *Total this P.O.# 28003* | *$4,290.00* |

**net due upon receipt**              **amount due**    **$4,290.00**

EXHIBIT B

# invoice



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ▮▮▮▮▮▮

client contact
**Reef**
**601 Brickell Key Dr #1000**
**Miami  FL  33131**

**Attn: Bill Sleeth**

invoice number
**0180723**

date
**November 30, 2021**

project number
**REFTU0015**

project name
**REFTU0015_30 Vessel HVAC Design**
Professional services from November 1, 2021 to November 28, 2021

| | amount due | **$1,700.00** |
|---|---|---|

**P.O.# 28003**

HVAC Design

**Professional Personnel**

| | Hours | |
|---|---|---|
| Project Manager | 8.00 | 1,480.00 |
| Director | 1.00 | 220.00 |
| Totals | 9.00 | 1,700.00 |
| **Total Labor** | | **1,700.00** |

***Total this P.O.# 28003        $1,700.00***

**net due upon receipt**            **amount due**    **$1,700.00**

# invoice

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ███████

client contact
**Reef**
**601 Brickell Key Dr #1000**
**Miami  FL  33131**

**Attn: Bill Sleeth**

invoice number
**0181862**

date
**February 11, 2022**

project number
**REFTU0017**

project name

**REFTU0017_Berlin - Vessel Rendering**
Professional services from January 3, 2022 to January 30, 2022

| | amount due | $800.00 |
|---|---|---|

**P.O.# PO-GE-0072**

| Phase | Offering Amount | Percent Invoiced | Previously Invoiced | Current Fee |
|---|---|---|---|---|
| Rendering Request | $800.00 | 100 % | $0.00 | $800.00 |
| | | Current Fee | | $800.00 |
| | | *Total this P.O.# PO-GE-0072* | | *$800.00* |

**net due upon receipt**    **amount due**    **$800.00**

EXHIBIT B

# invoice



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ▮▮▮▮▮▮

client contact
**Reef**
**601 Brickell Key Dr #1000**
**Miami  FL  33131**

**Attn: Bill Sleeth**

invoice number
**0182339**

date
**March 23, 2022**

project number
**REFTU0019**

project name

**REFTU0019_Sweat 440**
Professional services from February 28, 2022 to April 3, 2022

| | amount due | $10,925.00 |
|---|---|---|

| Phase | Offering Amount | Percent Invoiced | | Previously Invoiced | Current Fee |
|---|---|---|---|---|---|
| Land Survey | $7,925.00 | 100 | % | $0.00 | $7,925.00 |
| Due Diligence | $3,000.00 | 100 | % | $0.00 | $3,000.00 |
| | | **Current Fee** | | | **$10,925.00** |

**net due upon receipt**          **amount due**  **$10,925.00**

# invoice

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ████████

client contact
**Reef**
**601 Brickell Key Dr #1000**
**Miami  FL  33131**

**Attn: Bill Sleeth**

invoice number
**0182994**

date
**May 12, 2022**

project number
**REFTU0020**

project name

**REFTU0020_Brick and Mortar Coffee Shop**

Brick and Mortar

Professional services from April 4, 2022 to May 1, 2022

| | amount due | **$14,884.75** |
|---|---|---|

Architecture Drawings

**Professional Personnel**

| | Hours | Rate | |
|---|---|---|---|
| Sr Director | 1.50 | 250.00 | 375.00 |
| Project Manager | 14.75 | 185.00 | 2,728.75 |
| Sr Architecture | 0.50 | 185.00 | 92.50 |
| Architectural Designer | 16.00 | 120.00 | 1,920.00 |
| Lead Project Engineer | 47.50 | 165.00 | 7,837.50 |
| Designer | 16.00 | 120.00 | 1,920.00 |
| Director | 0.05 | 220.00 | 11.00 |
| Totals | 96.30 | | 14,884.75 |
| **Total Labor** | | | **14,884.75** |

**net due upon receipt**          **amount due**   **$14,884.75**

# invoice

EXHIBIT B



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ████████

client contact
**Reef**
**601 Brickell Key Dr #1000**
**Miami  FL  33131**

**Attn: Bill Sleeth**

invoice number
**0182489**

date
**April 7, 2022**

project number
**REFTU0022**

project name

**REFTU0022_Parking Lot 555 Washington Ave**
Professional services from February 28, 2022 to April 3, 2022

| | amount due | **$3,789.80** |
|---|---|---|

**P.O.# 28003**

City Presentation and City Meeting

**Professional Personnel**

| | | Hours | Rate | |
|---|---|---|---|---|
| Permit Planner | | 14.00 | 120.00 | 1,680.00 |
| Director | | 9.59 | 220.00 | 2,109.80 |
| | Totals | 23.59 | | 3,789.80 |
| **Total Labor** | | | | **3,789.80** |

*Total this P.O.# 28003*    ***$3,789.80***

**net due upon receipt**    **amount due**    **$3,789.80**

EXHIBIT B

# invoice



**remit payment**

WD Partners, Inc.
7007 Discovery Blvd.
Dublin, OH 43017

P 614 634 7000
F 614 634 7777
Tax ID No. ███████

client contact
**Reef**
**601 Brickell Key Dr #1000**
**Miami  FL  33131**

**Attn: Bill Sleeth**

invoice number
**0182404**

date
**April 7, 2022**

project number
**REFTU0024**

project name
**REFTU0024_Wendys Concept Vessel**
Professional services from February 28, 2022 to April 3, 2022

| | amount due | **$4,000.00** |
|---|---|---|

**P.O.# 13676**

| Phase | Offering Amount | Percent Invoiced | | Previously Invoiced | Current Fee |
|---|---|---|---|---|---|
| AE _ All Electric Vessel | $10,000.00 | 20 | % | $0.00 | $2,000.00 |
| AE_Hybrid | $10,000.00 | 20 | % | $0.00 | $2,000.00 |
| | | | **Current Fee** | | **$4,000.00** |
| | | | ***Total this P.O.# 13676*** | | ***$4,000.00*** |

**net due upon receipt**            **amount due**     **$4,000.00**