# EXHIBIT C

## Aged Accounts Receivable Report

**WD Partners Inc**     Job-to-date through 5/12/22

*Thursday, May 12, 2022*
*02:53:20PM*

| Invoice | Invoice Date | Total | Current | 30-45 Days | 45 - 50 Days | 50-60 days | 60-90 days | 90-120 days | Over 120 days | Unassigned Receipts |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client: REF** | | Reef | | | | | | | | |
| **REFTU0001** | | REFTU0001_Biscayne | | | | | | | | |
| 0180492 | 11/9/21 | 5,442.94 | | | | | | | 5,442.94 | |
| 0180493 | 11/9/21 | 43,295.00 | | | | | | | 43,295.00 | |
| 0180494 | 11/9/21 | 9,950.00 | | | | | | | 9,950.00 | |
| 0180718 | 11/30/21 | 8,245.00 | | | | | | | 8,245.00 | |
| 0181076 | 12/15/21 | 17,835.50 | | | | | | | 17,835.50 | |
| 0181605 | 2/3/22 | 24,882.00 | | | | | | 24,882.00 | | |
| 0182007 | 2/22/22 | 16,328.81 | | | | | 16,328.81 | | | |
| 0182405 | 4/7/22 | 5,995.00 | | 5,995.00 | | | | | | |
| 0182996 | 5/12/22 | 39,543.25 | 39,543.25 | | | | | | | |
| **Project Total** | | **171,517.50** | **39,543.25** | **5,995.00** | | | **16,328.81** | **24,882.00** | **84,768.44** | |
| **REFTU0005** | | REFTU0005_Mini-Park Sites | | | | | | | | |
| 0180720 | 11/30/21 | 2,640.00 | | | | | | | 2,640.00 | |
| 0181077 | 12/15/21 | 2,160.00 | | | | | | | 2,160.00 | |
| 0182004 | 2/22/22 | 15,280.00 | | | | | 15,280.00 | | | |
| **Project Total** | | **20,080.00** | | | | | **15,280.00** | | **4,800.00** | |
| **REFTU0013** | | REFTU0013_1789 Biscayne - Renderings | | | | | | | | |
| 0180721 | 11/30/21 | 2,460.00 | | | | | | | 2,460.00 | |
| **Project Total** | | **2,460.00** | | | | | | | **2,460.00** | |
| **REFTU0014** | | REFTU0014_Biscayne - Graphic Design | | | | | | | | |
| 0180722 | 11/30/21 | 4,290.00 | | | | | | | 4,290.00 | |
| **Project Total** | | **4,290.00** | | | | | | | **4,290.00** | |
| **REFTU0015** | | REFTU0015_30 Vessel HVAC Design | | | | | | | | |
| 0180723 | 11/30/21 | 1,700.00 | | | | | | | 1,700.00 | |
| **Project Total** | | **1,700.00** | | | | | | | **1,700.00** | |
| **REFTU0017** | | REFTU0017_Berlin - Vessel Rendering | | | | | | | | |
| 0181862 | 2/11/22 | 800.00 | | | | | 800.00 | | | |
| **Project Total** | | **800.00** | | | | | **800.00** | | | |
| **REFTU0019** | | REFTU0019_Sweat 440 | | | | | | | | |
| 0182339 | 3/23/22 | 10,925.00 | | | 10,925.00 | | | | | |
| **Project Total** | | **10,925.00** | | | **10,925.00** | | | | | |

# EXHIBIT C

## Aged Accounts Receivable Report

**WD Partners Inc**  
Job-to-date through 5/12/22

*Thursday, May 12, 2022*  
*02:53:20PM*

| Invoice | Invoice Date | Total | Current | 30-45 Days | 45 - 50 Days | 50-60 days | 60-90 days | 90-120 days | Over 120 days | Unassigned Receipts |
|---|---|---|---|---|---|---|---|---|---|---|
| **Client: REF** | | **Reef** | | | | | | | | |
| **REFTU0020** | | **REFTU0020_Brick and Mortar Coffee Shop** | | | | | | | | |
| 0182994 | 5/12/22 | 14,884.75 | 14,884.75 | | | | | | | |
| **Project Total** | | **14,884.75** | **14,884.75** | | | | | | | |
| **REFTU0022** | | **REFTU0022_Parking Lot 555 Washington Ave** | | | | | | | | |
| 0182489 | 4/7/22 | 3,789.80 | | 3,789.80 | | | | | | |
| **Project Total** | | **3,789.80** | | **3,789.80** | | | | | | |
| **REFTU0024** | | **REFTU0024_Wendys Concept Vessel** | | | | | | | | |
| 0182404 | 4/7/22 | 4,000.00 | | 4,000.00 | | | | | | |
| **Project Total** | | **4,000.00** | | **4,000.00** | | | | | | |
| **Client Total** | | **234,447.05** | **54,428.00** | **13,784.80** | **10,925.00** | | **32,408.81** | **24,882.00** | **98,018.44** | |
| *Average age of receivables 108.05 Days* | | | | | | | | | | |
| **Final Totals** | | **234,447.05** | **54,428.00** | **13,784.80** | **10,925.00** | | **32,408.81** | **24,882.00** | **98,018.44** | |
| | | | 23% | 6% | 5% | | 14% | 11% | 42% | |